**NOT FOR PUBLICATION  IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000641
27-JUN-2022
08:19 AM
Dkt. 64 OAWST**

NO. CAAP-21-0000641

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

NPL CAPITAL LLC, Plaintiff-Appellee,
v.
EVELYN S.T. RAPOZA, INDIVIDUALLY AND AS TRUSTEE,
OR HER SUCCESSORS IN TRUST, UNDER THE RAYMOND RAPOZA, JR.
AND EVELYN S.T. RAPOZA LIVING TRUST DATED DECEMBER 30, 2004,
Defendant-Appellant
and
BENEFICIAL HAWAII INC. DBA BENEFICIAL MORTGAGE CO.
OF HAWAII; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
SOLELY AS NOMINEE FOR ALLSTATE HOME LOANS INC. DBA
ALLSTATE FUNDING; DISCOVERY BANK; AMERICAN EXPRESS
CENTURION BANK; CAPITAL ONE BANK (USA),
Defendants-Appellees,
and
JOHN AND MARY DOES 1-20; DOE PARTNERSHIPS, CORPORATIONS
OR OTHER ENTITIES 1-20, Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CC161002244)

ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By:  Ginoza, Chief Judge, Hiraoka and Nakasone, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, filed June 1, 2022, by Defendant-Appellant Evelyn S.T. Rapoza, Individually and as Trustee, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) under Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal and bear their own fees

and costs; and (3) the Stipulation for Dismissal of Appeal is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the Stipulation for Dismissal of the Appeal is approved and the appeal is dismissed.  The parties shall bear their own fees and costs on appeal.

DATED:  Honolulu, Hawaiʻi, June 27, 2022.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Karen T. Nakasone
Associate Judge